Continue; 12/31/14  #01-14-00021-cv

## "SUSPECTS TRYING TO DEMOLISH REGINA SOPHUS TO LIENG TO THE STATE"

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

DEC 31 2014

CHRISTOPHER A. PRINE
CLERK

## ALL NAMES ARE INCLUDED OF INVOLVEMENT EXTENDED TO USE REGINA SOPHUS

## "PLAYING AS IF THEY PROCEEDING TO DO A JOB"

VANESSA SMITH

DON SURRONNO

RE-RE

PATTRICK MASSIE

LARRY LAZARD

MICHAEL MILBURN

3643 N. MacGregor Way

Houston, Texas 77004


Playing like they doing a job…Suspects continue to use Regina Sophus. Took a bulb out of my head that consists of: so call church of using Regina Sophus. Terrorize every keycard; keycard consists of <u>Exhibits</u> turn into "Court of Appeals", pointing the finger, included upon names, using a keycard of instillment. Installment consist of child molestation practice they installment every night of child molester, tamper with body…"parts to cover up evidences.

- Brain Ultarmentation

- Gallipropsys, Swap Gallipropsys

- Tamper with respiratory

- Veil Platinum – New Hope Apts. 320 Hamilton Street Houston, TX 77022

- Stem rays- 9701 Stella Link Rd. The Royale Apts. Houston, TX 77025

- Police Officers, Decord

- A large amount of keycards (Exhibits)

- Splint located on spinal cord


Suspects went through everything they stole….re-recorded over….created fraud recording…Suspects holding keycards for hostage, particular keycards, they tell the reading behind exhibits. Suspects holding keycards hostage for their sister, daughter, mother, father. Keycards belong to Regina Sophus. Keycards consist of lawsuit, in being fully detail of the reading…Gallipropsy, what I'm really entitled from the people. Names included are #1 suspect, using brain ultarmentation for readings, also recording. Brain ultarmentation supposed to be against the law. They don't do their job, using a remix behind brain ultarmentation. Plays on recorder to stop their harassment, an invasion of privacy.

The threats consist of:

- "Pull everything out of her"
- Use recorder through computer
- Tamper with the body
- Brain ultarmentation
- Gallipropsy
- Swap Gallipropsys

- Respiratory
- Use machine inside of loft #40…#44 Apartment unit

Suspects use Pastor (Terry K. Anderson) and blame Regina Sophus, use Pastor Sible rivalry for harassment? Took Pastor so call keycards, stating Regina Sophus is inappropriate for the Pastor. To assist? Please record. Using a Camille to marry Pastor, choose who they (suspects) have entrances in. using a computer…investigate names of suspects included upon lawsuit. Plays like the pastor through Instagramming…Regina Sophus apartment Unit #40.

"Court of APPEAL"

3D1 FANNin

Houston TX. 77002

REGina SoPhus

9 45 Omc Quinney St. # 44

Houston TX. 77002

Ph: 281.222.5105 (PLAYs on Phone)

CASE # 01.14.00021.CV